Alexander Lumley and Henri Marvin, Respondents, v. Jacob De Jong, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Genevieve C. Skelly and Others, as Executors, etc., of Patrick Skelly, Deceased, Respondents, v. Mary A. Mortimer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Philip Pravder.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. June Wilson v. Superintendent of New Magdalen Home.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John H. Ranger v. Charles E. Locke.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

N. E. Taylor & Company v. John H. Fitzpatrick.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lyon & Healy v. Musical Courier Company.— Motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lilla M. Baldwin v. American Finance and Securities Company. — Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Aaron Solomon v. Jacob Wallenstein.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Hoffman v. Fordhamview Realty Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Puritan Pure Food Company v. Stollwerck and Others.— Motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Clemens Keyser v. Reid-Palmer Construction Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George W. Adams v. Leander S. Sire.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Wolf Rootman v. The City of New York. Dora Rootman v. The City of New York. Motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph J. O'Donahue v. William W. Gibbs.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.